IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA (RICHMOND DIVISION)

| | |
|---|---|
| KLEANTHIS ANDREADAKIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-052 |
| ) | |
| CENTERS FOR DISEASE ) | The Hon. Judge David J. Novak |
| CONTROL & PREVENTION, *et al*., ) | |
| ) | |
| Defendants. ) | |

**AIRLINE DEFENDANTS' AMENDED NOTICE OF FLIGHT TAKEN BY PLAINTIFF**

In connection with the pending motions for preliminary injunction filed by Plaintiff Kleanthis Andreadakis (Docs. 10 and 21), the Airline Defendants in this case, by and through undersigned counsel, respectfully provide this amended notification that on February 14, 2022, the Plaintiff flew from Richmond, Virginia to Redding, California on United Airlines and United Express, Inc. regional operators, and was not required to wear a facemask.[1] Pursuant to the Declaration of Tongae Hardin, February 15, 2022 (Hardin Decl.), submitted with this Notice:

1. Mr. Andreadakis booked air transportation on United and United Express, Inc. regional operators Go Jet Airlines and Sky West Airlines to travel from Richmond, Virginia to Redding, California, leaving Richmond on February 14, 2022. (Hardin Decl. ¶ 3)

2. Mr. Andreadakis requested and was granted by United a conditional exemption from the requirement that passengers wear a facemask on board United and United Express aircraft, pursuant to the Federal Transportation Mask Mandate. To complete the exemption, Mr. Andreadakis was required to submit a negative COVID test result within 72 hours of his travel, which he did. On February 14, 2022, Mr. Andreadakis flew from Richmond to Redding as follows without a mask:

Richmond (RIC) to Washington Dulles (IAD): UA 4191 (operated by GoJet Airlines);

IAD to San Francisco (SFO): UA 2435 (operated by United);

---

[1] This amended notice corrects a typographical error present in the previously filed notice at Docket Entry No. 30. The originally filed notice incorrectly listed the airport code for Washington Dulles as "IAC" for UA Flight 2435. This amended filing corrects that code to "IAD."

2

      SFO to Redding (RDD): UA 5557 (operated by Sky West Airlines).

(Hardin Decl. ¶ 4)

      3.      As also reflected in Exhibit 9 from Mr. Andreadakis in this case, Mr. Andreadakis received a similar exemption in November 2021 and used it to travel to and from California without having to wear a mask onboard the aircraft. That exemption was issued November 12, 2021 for Mr. Andreadakis to travel on November 13, 2021. (Hardin Decl. ¶ 5)

Dated: February 15, 2022                      Respectfully Submitted,

*/s/ Joshua W. Cox*
Joshua W. Cox, VA Bar No. 87424
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
(202) 728-3023
Email: Joshua.cox@stinson.com

M. Roy Goldberg
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
(202) 728-3005
Email: roy.goldberg@stinson.com
Admitted *Pro Hac Vice*

Counsel for American Airlines, Inc., JetBlue Airways Corp., Southwest Airlines Co. and United Airlines, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 15th day of February 2022, I electronically filed the foregoing Amended Notice of Flight Taken by Plaintiff through the CM/ECF system, which will send notification to the registered participants as identified on the Notice of Electronic Filing.

                                                */s/ Joshua W. Cox*
                                                Joshua W. Cox

CORE/3503476.0007/172676090.1