UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KLEANTHIS ANDREADAKIS,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>Defendants. | Civil No. 3:22-cv-52 (DJN) |

**FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Federal Defendants respectfully submit this notice of supplemental authority. On March 4, 2022, a district court in the U.S. District Court for the Middle District of Florida denied a motion for a preliminary injunction in *Wall v. CDC*, No. 6:21-cv-975-PGB-DCI (M.D. Fla. Mar. 4, 2022), holding that "it is obvious that Plaintiff lacks an irreparable injury." Ex. 1, *Wall* Order at 3. As discussed in both Federal Defendants' motion to transfer and in their opposition to Plaintiffs' motion for a preliminary injunction, the plaintiff in that case, Mr. Lucas Wall, brings claims that are nearly identical to the claims brought by the Plaintiff in this case, Mr. Kleanthis Andreadakis. The order in *Wall* is attached to this filing as Exhibit 1.

Dated: March 15, 2022

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| /s/<br>Jonathan T. Lucier, VSB No. 81303<br>Office of the United States Attorney<br>919 East Main Street, Suite 1900<br>Richmond, Virginia 23219<br>Tel.: (804) 819-5400<br>Fax: (804) 771-2316<br>Email: jonathan.lucier@usdoj.gov | ERIC B. BECKENHAUER<br>Assistant Branch Director<br><br>STEPHEN M. PEZZI<br>ANDREW F. FREIDAH<br>JOHNNY H. WALKER<br>MICHAEL J. GERARDI<br>  Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Telephone: 202-305-8576<br>Email: stephen.pezzi@usdoj.gov<br><br>*Counsel for the Federal Defendants* |

## CERTIFICATE OF SERVICE

I certify that on March 15, 2022, I caused a true and correct copy of the as-filed version of this filing to be served on all counsel of record via the CM/ECF system. Although Plaintiff is proceeding *pro se*, he has been authorized by the Court to receive notice of filings via the CM/ECF system. ECF No. 5. Accordingly, Plaintiff will receive service of this filing through the CM/ECF system.

/s/
Jonathan T. Lucier, VSB No. 81303
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Tel.: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov