IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

KLEANTHIS ANDREADAKIS,
    Plaintiff,

v.                                                       Civil No. 3:22cv52 (DJN)

CENTER FOR DISEASE
CONTROL & PREVENTION *et al.*,
    Defendants.

**ORDER**
**(Denying Motions to Transfer and Motions for Preliminary Injunction)**

This matter comes before the Court on multiple motions filed by the parties. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Airline Defendants' Motion to Transfer Litigation to the Middle District of Florida (ECF No. 12) is hereby DENIED;

2. Federal Defendants' Motion to Transfer to the Middle District of Florida (ECF No. 44) is hereby DENIED;

3. Plaintiff's Time-Sensitive Motion for Preliminary Injunction Against Defendant United Airlines (ECF No. 10) is hereby DENIED;

4. Plaintiff's Time-Sensitive Motion for Preliminary Injunction Against Defendants CDC & HHS (ECF No. 21) is hereby DENIED;

5. Plaintiff's Motion to Stay Briefing on Airline Defendants' & STAT-MD's Motions to Dismiss Until After Rulings on Pending Motions (ECF No. 82) is hereby DENIED AS MOOT; and

6. The parties shall file briefs on the effect of the Vacatur Order issued by the United States District Court for the Middle District of Florida according to the schedule set forth in the accompanying Memorandum Opinion.

Let the Clerk file a copy of this Order electronically, notify all counsel of record and send a copy to Plaintiff at his address of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: April 22, 2022